FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT - 5 2017

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA     )
                                    )   No.   4:17CR 00297 KGB
vs.                                  )
                                    )   18 U.S.C. § 922(g)(1)
BRANDON EUGENE REED      )

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

A.     Prior to April 4, 2017, the defendant,

BRANDON EUGENE REED,

had previously been convicted as follows:

1.     In Pulaski County Circuit Court for theft of property, in criminal case

60CR-06-656;

2.     In Pulaski County Circuit Court for possession of firearms by certain

persons, in criminal case CR 2010-3065;

3.     In Pulaski County Circuit Court for residential burglary and theft of

property, in criminal case 60CR-11-2936; and

4.     In Pulaski County Circuit Court for felony failure to appear, in criminal

case 60CR-14-3013.

B.     The crimes set forth in paragraph A above were punishable by a term of

imprisonment exceeding one year.

C.     On or about April 4, 2017, in the Eastern District of Arkansas, the defendant,

BRANDON EUGENE REED,

did knowingly possess a firearm, in and affecting commerce, to wit, a Glock, model 37, .45

caliber handgun, bearing serial number LNH289, thereby violating Title 18, United States Code,

Section 922(g)(1).

[End of Text.   Signature page attached.]