# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br>Brandon Eugene Reed<br>*Defendant* | Case No.: 4:17CR00297-01 KGB |

**FILED** U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS OCT 24 2017 JAMES W. McCORMACK, CLERK By: _____ DEP CLERK

1809-1010-0059-J

2017 OCT -6 AM 8:11 Received U.S. Marshal Eastern Arkansas

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Brandon Eugene Reed**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows: **felon in possession of a firearm, as further explained in the attached documents.**

Date: October 5, 2017

City and state: Little Rock, Arkansas

*Issuing officer's signature*

**JAMES W. MCCORMACK, CLERK**
*Printed name and title*

### Return

| This warrant was received on *(date)* 10/06/17 at *(city and state)* Little Rock, AR | , and the person was arrested on *(date)* 10/23/17 |
|---|---|
| Date: 10/23/17 | Agent Ward by D. Osborne<br>*Arresting officer's signature*<br><br>Agent Ward, ATF<br>*Printed name and title* |